UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR-9004-1**

KML Law Group, P.C.
By: Denise Carlon, Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
Attorneys for Secured Creditor: PNC BANK,
NATIONAL ASSOCIATION

In Re:
Amos Osborne
          Debtor

Case No:     <u>23-10488 MBK</u>

Chapter:     <u>13</u>

Hearing Date: <u>6/28/2023</u>

Judge:     <u>Michael B. Kaplan</u>

## CERTIFICATION OF SERVICE

1. I, Lauren Yates-Murray:

   ☐ Represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for _____, who represents the <u>Secured Creditor</u> in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On <u>June 14, 2023,</u> I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   - Notice of Objection to Confirmation of Plan
   - Filed Proof of Claim
   - Debtor's Chapter 13 Plan
   - Certification of Service

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: June 14, 2023        <u>/S/Lauren Yates-Murray</u>

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| Amos Osborne<br>630 Wayside Road<br>Neptune, NJ 07753 | Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Camille J. Kassar, Esq.<br>Law Offices of Camille Kassar, LLC<br>271 Route 46 West Suite C-102<br>Fairfield, NJ 07004 | Attorney for Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Chapter 13 Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other<br>_____<br>(as authorized by the court *) |