UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank, National Association

In Re:

 Amos Osborne,

 Debtor.

Case No.:  _____23-10488-MBK_____

Chapter:  _____13_____

Hearing Date:  _____06/28/2023_____

Judge:  _____Kaplan_____

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below
has been:

        ☒  Settled              ☐  Withdrawn

Matter:  Secured Creditor's Objection to Confirmation (Docket # 22)                                    

_____

Date: _6/23/2023_____              _/s/ Denise Carlon_____
                                            Signature

*rev.8/1/15*